IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMUEL D. NEWTON                                               PLAINTIFF

v.                           No. 5:14-cv-75-DPM

ARKANSAS DEPARTMENT
OF CORRECTION                                                  DEFENDANT

JUDGMENT

Newton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014